1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY GOODWIN, | Civil No. C06-1360-MAT |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon review of the file, and noting the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings as set out in the stipulation of the parties.

On remand, an Administrative Law Judge (ALJ) will be directed to reassess the severity of Plaintiff's impairments. In so doing, the ALJ will be directed to provide rationale supporting the weight assigned to acceptable medical source opinion evidence provided by C. Garcia, M.D. and Bruce Sangeorzan, M.D. The ALJ will be directed to reassess Plaintiff's residual functional

Page 1          ~~PROPOSED~~ ORDER - [C06-1360-MAT]

capacity and if necessary obtain vocational expert evidence. The ALJ will be directed to take any further action necessary to render a new decision in this matter.

Reasonable attorney fees will be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this <u>14th</u> day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea   WSB # 27609
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov